No. 03M53. MURRELL v. STATE FARM INSURANCE ET AL.;

No. 03M54. HOFMANN v. ILLINOIS HUMAN RIGHTS COMMISSION ET AL.;

No. 03M55. HOFMANN v. FERMILAB NAL/URA ET AL.; and

No. 03M57. K. E. v. FLORIDA BOARD OF BAR EXAMINERS. Motions to direct the Clerk to file petitions for writs of certiorari out of time denied.

No. 03M56. CLINTON v. CITY OF ATLANTA, GEORGIA. Motion to direct the Clerk to file petition for writ of certiorari out of time under this Court's Rule 14.5 denied.

No. D–2357. IN RE DISBARMENT OF WIGHTMAN-CERVANTES. Disbarment entered.

No. 03–9197. IN RE BURKS. Petition for writ of habeas corpus denied.

No. 03–1219. IN RE VEY. Petition for writ of mandamus denied.

No. 03–750. SMALL v. UNITED STATES. C. A. 3d Cir. Certiorari granted.

No. 03–892. COMMISSIONER OF INTERNAL REVENUE v. BANKS. C. A. 6th Cir.; and

No. 03–907. COMMISSIONER OF INTERNAL REVENUE v. BANAITIS. C. A. 9th Cir. Certiorari granted, cases consolidated, and a total of one hour allotted for oral argument.

No. 03–1160. SMITH ET AL. v. CITY OF JACKSON, MISSISSIPPI, ET AL. C. A. 5th Cir. Certiorari granted.

No. 03–691. EGWAOJE v. UNITED STATES. C. A. 7th Cir. Certiorari denied.